No. 3305.—BALLESTER, APDO., *v.* MARTÍNEZ ET AL., APLTES. —C. D. Aguadilla. Abril 10, 1924. Apareciendo que la corte de distrito dictó resolución aprobando el memorándum de

costas en febrero 12, 1924, notificada a los demandados el propio día, y que ellos apelaron el 23 de febrero, 1924, archivándose el escrito de apelación sin habérsele adherido el sello de rentas internas que exige la Ley No. 17, de 1915, sección 2, letra D, y apareciendo además que el apelante no archivó en tiempo la transcripción de los autos, visto el caso de *Nazario v. Santos, Juez Municipal,* 27 D.P.R. 89 se desestimó el recurso a instancia del apelado.